Edmundo Hernandez **GUERRERO**;
Juana Gonzalez Maldonado,
Petitioners,

v.

Eric H. **HOLDER** Jr., Attorney
General, Respondent.

No. 07–71600.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Michelle Gonzalez, Esquire, Michelle Gonzalez, Inc., Huntington Park, CA, for Petitioners.

Edmundo Hernandez Guerrero, pro se.

Juana Gonzalez Maldonado, pro se.

Richard M. Evans, Esquire, Assistant Director, Sada Manickam, Esquire, Effery R. Leist, Trial, Stacy Stiffel Paddack, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Edmundo Hernandez Guerrero and Juana Gonzalez Maldonado, natives and citi-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

zens of Mexico, petition for review of the Board of Immigration Appeals' order dismissing their appeal from an immigration judge's decision denying their applications for cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss in part and deny in part the petition for review.

We lack jurisdiction to review the agency's discretionary determination that petitioners failed to show exceptional and extremely unusual hardship to a qualifying relative. *See Martinez–Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir.2005).

Female petitioner waived any challenge to the agency's decision pretermitting her cancellation application on physical presence grounds by failing to raise this issue in the opening brief. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996) (issues not specifically raised and argued in a party's opening brief are waived).

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.